# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00017-CV

**In re Dwight Crayton**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On January 20, 2009, Dwight Crayton filed a pro se petition for writ of mandamus asking this Court to order a Travis County district court to act on a pro se motion for forensic DNA testing filed by Crayton in November 2007. On February 2, 2009, the Court asked for a response from the real party in interest. The response has been received, and it reflects that the State filed its response to Crayton's testing motion on February 2, and the trial court signed an order denying the motion the same day.

Because the relief sought has been received, the petition for writ of mandamus is denied as moot. *See* Tex. R. App. P. 52.8(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Filed: February 25, 2009